IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AIP ACQUISITION LLC,               )
                                         )
             Plaintiff,             )
                                           )
             v.                      )   C.A. No. 12-616 (GMS)
                                           )
IBASIS, INC.,                     )
                                           )
             Defendant.        )

## IBASIS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant iBasis,

Inc. ("iBasis"), through its counsel, hereby provides this Corporate Disclosure Statement.  iBasis

is a wholly-owned subsidiary of Royal KPN N.V. ("KPN").

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Matthew J. Moore
Inge A. Osman
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004-1304
(202) 637-2200

Clement Naples
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022-4834
(212) 906-1200

July 27, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 27, 2012, upon the following in the manner indicated:

Richard K. Herrmann, Esquire                         *VIA ELECTRONIC MAIL*
Kenneth L. Dorsney, Esquire
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Karen H. Bromberg, Esquire                          *VIA ELECTRONIC MAIL*
Francisco A. Villegas, Esquire
Damir Cefo, Esquire
Maria Granovsky, Esquire
COHEN & GRESSLER LLP
800 Third Avenue
New York, NY  10022

Jack B. Blumenfeld (#1014)