IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-616 (GMS) |
| | ) |
| IBASIS, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO TRANSFER
### VENUE TO THE DISTRICT OF MASSACHUSETTS

Pursuant to 28 U.S.C. § 1404(a), the defendant, iBasis, Inc., hereby moves the Court to transfer this case to the District of Massachusetts. The grounds for this motion are set forth in the supporting brief, declarations, and exhibits filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Matthew J. Moore
Inge A. Osman
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200

Clement Naples
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
(212) 906-1200

July 27, 2012

## RULE 7.1.1 CERTIFICATE

I hereby certify that a reasonable effort to reach agreement with the plaintiff on the matters set forth in this motion has been made and that this motion is opposed.

_____
Jack B. Blumenfeld (#1014)

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 27, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Kenneth L. Dorsney, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Karen H. Bromberg, Esquire<br>Francisco A. Villegas, Esquire<br>Damir Cefo, Esquire<br>Maria Granovsky, Esquire<br>COHEN & GRESSLER LLP<br>800 Third Avenue<br>New York, NY 10022 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)