UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
---------------------------------------------------------------x
                                :

AIP ACQUISITION LLC,               :

                   :   C.A. No. 12-616 (GMS)

               Plaintiff,   :

                   :

      – against –        :

                   :

IBASIS, INC.,                 :

                   :

               Defendant.   :

                   :
---------------------------------------------------------------x

DECLARATION OF ALEXANDER MASHINSKY
IN OPPOSITION TO DEFENDANT IBASIS' MOTION TO TRANSFER VENUE
TO THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. § 1404

       I, Alexander Mashinsky, on behalf of AIP Acquisition LLC ("AIP") declare pursuant to

28 U.S.C. § 1746 as follows:

       1.      I am Chief Technology Officer for AIP.  I have been a member of AIP since its

formation.  I submit this declaration in Opposition to Defendant iBasis' Motion to Transfer

Venue to the District of Massachusetts Pursuant to 28 U.S.C. § 1404.  I am personally familiar

with the facts described in this declaration.

       2.      AIP is a technology investment and development business.  AIP, among other

things, purchases and commercializes patents in innovative industries.

       3.      AIP is a limited liability company formed in January 2011 under the laws of the

State of Delaware.  AIP is headquartered at 2200 Fletcher Avenue, Fort Lee, New Jersey 07024.

       4.      AIP's revenues since formation have totaled approximately $11,000.

       5.      AIP has fifteen members.  All of these members were, and most continue to be,

shareholders of Arbinet Corporation ("Arbinet") which is now a subsidiary of Primus

Telecommunications Group Incorporated.

6.      I am a member of AIP.  I also founded Arbinet.  Arbinet was incorporated in Delaware over sixteen years ago, in 1996.  Arbinet served and continues to serve the telecommunications and networking industry, including offering telecommunications services to Delaware residents.  It is a wholesale international voice and data communications service provider.

7.      I am the named inventor on over fifty U.S. patents and patent applications.

8.      Arbinet developed a significant telecommunications patent portfolio both by patenting my and other Arbinet employees' inventions, and by strategically acquiring patents from outside sources.

9.      AIP acquired Arbinet's entire patent portfolio in 2011.

10.      I am the inventor of asserted U.S. Patent No. 7,724,879.

11.      Robert Sorrentino, a former vice-president of Arbinet, is the inventor of asserted U.S. Patent Nos. 6,757,275 and 7,486,662.

12.      Jack J. Johnson and William Coyle, are the two inventors of asserted U.S. Patent Nos. 5,606,602 and 5,917,897, and they invented the subject matter covered by these patents while working for Summit Telecom Systems, Inc., an entity independent from AIP and Arbinet.

13.      Messrs. Johnson and Coyle have never been employees, members, or associates of Arbinet or AIP .  These two inventors are under no obligation to assist AIP.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August  13, 2012
       New  York,  NY

_____
Alexander Mashinsky