**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIP ACQUISITION LLC, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 12-616 (GMS) |
| v. | : |
| | : |
| IBASIS, INC., | : |
| | : |
| Defendant. | : |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following document, **Plaintiff AIP Acquisition LLC's Paragraph 4(c) Disclosures,** were served upon the attorneys listed below as indicated on May 10, 2013:

<u>VIA EMAIL</u>
Jack B. Blumenfeld
Regina S.E. Murphy
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rmurphy@mnat.com

*Attorneys for Defendant iBasis, Inc.*

<u>VIA EMAIL</u>
Matthew J. Moore
Inge Osman
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
matthew.moore@lw.com
inge.osman@lw.com

*Attorneys for Defendant iBasis, Inc.*

<u>VIA EMAIL</u>
Clement Naples
Cassius K. Sims
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
clement.naples@lw.com
cassius.sims@lw.com

*Attorneys for Defendant iBasis, Inc.*

2

                            <u>VIA EMAIL</u>
                            Neil Rubin
                            LATHAM & WATKINS LLP
                            355 South Grand Avenue
                            Los Angeles, CA 90071
                            neil.rubin@lw.com

                            *Attorneys for Defendant iBasis, Inc.*

Dated: May 13, 2013

                            */s/ Kenneth L. Dorsney*
                            Richard K. Herrmann (I.D. #405)
                            Mary B. Matterer (I.D. #2696)
                            Kenneth L. Dorsney (I.D. #3726)
                            MORRIS JAMES LLP
                            500 Delaware Avenue, Suite 1500
                            Wilmington, Delaware 19801
                            (302) 888-6800
                            kdorsney@morrisjames.com

                            *Attorneys for Plaintiff*