IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-616 (GMS) |
| | ) |
| IBASIS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATED MOTION AND [PROPOSED]**
**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff AIP Acquisition LLC and Defendant iBasis, Inc., hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

MORRIS JAMES LLP

*/s/ Richard K. Herrmann*

Richard K. Herrmann (#405)
Kenneth L. Dorsney (#3726)
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
kdorsney@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Plaintiff AIP Acquisition LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Regina S.E. Murphy*

Jack B. Blumenfeld (#1014)
Regina S.E. Murphy (#5648)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rmurphy@mnat.com

*Attorneys for Defendant iBasis, Inc.*

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Karen H. Bromberg<br>Francisco A. Villegas<br>Damir Cefo<br>Maria Granovsky<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, New York 10022<br>(212) 957-7600 | Matthew J. Moore<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004-1304<br>(202) 637-2200<br><br>Clement Naples<br>Cassius K. Sims<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY  10022-4834<br>(212) 906-1200<br><br>Neil Rubin<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071-1560<br>(213) 485-1234 |

May 28, 2013

SO ORDERED this _____ day of _____, 2013.

_____
CHIEF, UNITED STATES DISTRICT JUDGE